# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RIVAS FLORES, | Case No. 1:24-CV-00229-KES-CDB |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PORTIONS OF PLAINTIFF'S COMPLAINT |
| CITY OF BAKERSFIELD, et al., | |
| Defendants. | (Doc. 7) |

Defendants the City of Bakersfield, Jason Gonzales, Kayla Wainright, Chase Hammons, and Jeffrey Martin ("Defendants") removed this action to this Court on February 22, 2024. (Doc. 2.) On February 23, 2024, Defendants moved to dismiss with prejudice the portions of Plaintiff Ruben Rivas Flores's complaint asserting state law claims for: 1) negligence, (2) assault and battery, (3) intentional infliction of emotional distress, and (4) violation of the Bane Act, Cal. Civil Code § 52.1. (Doc. 7.) These claims are Plaintiff's fourth, fifth, sixth, and seventh causes of action in the complaint. (Doc. 7-2.) Defendants' motion to dismiss is based upon Plaintiff's non-compliance with the time to file suit on such claims under section § 945.6 of the California Government Code. (Doc. 7-1.) On March 21, 2024, Plaintiff filed a statement of non-opposition to Defendants' motion to dismiss. (Doc. 11.) Plaintiff does not seek leave to amend the complaint. *Id.*

1

Accordingly, the Court **ORDERS:**

1. The motion to dismiss (Doc. 7) is **GRANTED**.
2. Plaintiff's fourth, fifth, sixth, and seventh causes of action, for 1) negligence, (2) assault and battery, (3) intentional infliction of emotional distress, and (4) violation of the Bane Act, are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Dated:   March 28, 2024

_____
UNITED STATES DISTRICT JUDGE