UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RIVAS FLORES,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF BAKERSFIELD, *et al.*,<br><br>        Defendants. | Case No. 1:24-cv-00229-KES-CDB<br><br>ORDER ON STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>(Doc. 23)<br><br>**SEVEN-DAY DEADLINE** |

On January 5, 2024, Plaintiff Ruben Rivas Flores initiated this action with the filing of a complaint in state court against Defendants City of Bakersfield, Jason Gonzalez, Kayla Wainright, Chase Hammons, and Jeffrey Martin. (Doc. 2 at 5-25). On February 22, 2024, Defendants removed the action to this Court. *See* (Doc. 2).

Pending before the Court is the parties' stipulated request for an order granting Plaintiff leave to file a first amended complaint. (Doc. 23). The first amended complaint dismisses the second cause of action for municipal liability – failure to train and third cause of action for municipal liability – based on official policy, custom, or practice, and removes state law causes of action dismissed pursuant to the Court's prior order (Doc. 15). The parties represent that they agreed upon the stipulation during a "pre-dispositive motion meet and confer effort" on June 3, 2025, in lieu of Defendants bringing a motion for summary judgment. (Doc. 23 at 2). Attached to the stipulation is a copy of Plaintiff's proposed first amended complaint. *Id.* at 5-13.

The Court will grant the parties' request. Consistent with their stipulated agreement, upon filing of the first amended complaint, the Clerk of the Court will be directed to terminate Defendant City of Bakersfield from the docket.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. No later than seven (7) days after issuance of this order, Plaintiff SHALL FILE as a stand-alone docket entry the first amended complaint proposed in the parties' stipulation (Doc. 23 at 5-13); and

2. Defendants shall respond to the first amended complaint within 14 days of its service. *See* Fed. R. Civ. P. 15(a)(3).

IT IS SO ORDERED.

Dated:   **June 13, 2025**

UNITED STATES MAGISTRATE JUDGE