Michael G. Marderosian (SBN 77296) mick@mcc-legal.com
Heather S. Cohen (SBN 263093) heather@mcc-legal.com
MARDEROSIAN & COHEN
7797 N. First Street, Suite 101-5
Fresno, CA 93720
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro (SBN 138877) vgennaro@bakersfieldcity.us
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA  93301
Telephone:  (661) 326-3721
Facsimile:  (661) 852-2020

Attorneys for:  Defendants CITY OF BAKERSFIELD, JASON GONZALEZ, KAYLA WAINRIGHT, CHASE HAMMONS, and JEFFREY MARTIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RIVAS FLORES, an individual,<br><br>            Plaintiff,<br>    vs.<br><br>CITY OF BAKERSFIELD, a public entity;<br>JASON GONZALEZ, an individual,<br>KAYLA WAINRIGHT, an individual;<br>CHASE HAMMONS, an individual;<br>JEFFREY MARTIN, an individual;<br>and DOES 1 to 100, inclusive,<br><br>            Defendants. | Case No. 1:24-CV-00229-KES-CDB<br><br>**STIPULATION TO MODIFY TENTATIVE PRETRIAL ORDER; ORDER THEREON** |

**RECITALS**

WHEREAS, on January 13, 2026, this Court issued its Tentative Pretrial Order [Dkt. No. 41] setting the trial and related dates as follows:

| Description | Date |
|---|---|
| Deadline to file Motions in Limine | 05/12/2026 |
| Deadline to file Oppositions to Motions in Limine | 05/26/2026 |

1

| | |
|---|---|
| Deadline to file Proposed Jury Instructions/ Verdict Form | 05/19/2026 |
| Deadline to file Objections to Proposed Jury Instructions/Verdict Form | 05/26/2026 |
| Deadline to file Proposed Voir Dire | 06/08/2026 |
| Deadline to file Trial Briefs | 06/08/2026 |
| Trial Confirmation Hearing: | 06/08/2026 |
| Jury Trial | 06/16/2026 |

WHEREAS, within the past few days, lead trial counsel for Defendants, Michael G. Marderosian, was advised by his doctors that he will require prompt non-elective surgery to correct a pending medical condition. Mr. Marderosian's surgeon is available for the surgery on June 16, 2026 and it has been set on that date. See accompanying Declaration of Michael G. Mardersoian ("MGM Decl."), ¶ 2. As such, Mr. Marderosian will be unavailable to begin trial in this matter on the currently scheduled date of June 16, 2026.

WHEREAS, upon learning of the surgery date, Mr. Marderosian communicated with Plaintiff's counsel, Stephen King, who indicated that he has no objection to continuing the current trial date in this case to accommodate his surgery and recovery and the Parties agreed to a trial date of November 16, 2026. MGM Decl., ¶ 3.

WHEREAS, in light of Mr. Marderosian's upcoming surgery, the Parties hereto agree that continuing the trial is appropriate and necessary.

**STIPULATION**

The Parties, through their counsel of record herein, stipulate that the trial and related dates be continued as follows:

| Description | Current Date | Proposed Date |
|---|---|---|
| Deadline to file Motions in Limine | 05/12/2026 | 10/06/2026 |
| Deadline to file Oppositions to Motions in Limine | 05/26/2026 | 10/16/2026 |
| Deadline to file Proposed Jury Instructions/ Verdict Form | 04/19/2026 | 10/07/2026 |

| | | |
|---|---|---|
| Deadline to file Objections to Proposed Jury Instructions/Verdict Form | 05/26/2026 | 10/16/2026 |
| Deadline to file Proposed Voir Dire | 06/08/2026 | 11/09/2026 |
| Deadline to file Trial Briefs | 06/08/2026 | 11/09/2026 |
| Trial Confirmation Hearing: | 06/08/2026 | 11/09/2026 |
| Jury Trial | 06/16/2026 | 11/16/2026 |

IT IS SO STIPULATED:

Dated:  April 8, 2026.                    KING JUSTICE LAW, APC


                                         */s/ Stephen A. King*
                              By:_____
                                         Stephen A. King,
                                         Attorneys for Plaintiff

Dated:  April 8, 2026.                    MARDEROSIAN & COHEN


                                         */s/ Michael G. Marderosian*
                              By:_____
                                         Michael G. Marderosian
                                         Heather S. Cohen
                                         Attorneys for Defendants above-named.

**ORDER**

Pursuant to the parties' Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that the trial and related dates be continued as follows:

| Description | Current Date | New Date |
|---|---|---|
| Deadline to file Motions in Limine | 05/12/2026 | 10/06/2026 |
| Deadline to file Oppositions to Motions in Limine | 05/26/2026 | 10/16/2026 |
| Deadline to file Proposed Jury Instructions/ Verdict Form | 05/19/2026 | 10/07/2026 |
| Deadline to file Objections to Proposed Jury Instructions/Verdict Form | 05/26/2026 | 10/16/2026 |
| Deadline to file Proposed Voir Dire | 06/08/2026 | 11/09/2026 |
| Deadline to file Trial Briefs | 06/08/2026 | 11/09/2026 |
| Trial Confirmation Hearing | 06/08/2026 | 11/09/2026 |
| Jury Trial | 06/16/2026 | **11/17/2026 at 8:30 a.m.** |

IT IS SO ORDERED.

Dated:    April 8, 2026

_____
UNITED STATES DISTRICT JUDGE