UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RIVAS FLORES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON GONZALEZ, et al.,<br><br>　　　　　Defendants. | No.  1:24-cv-00229-KES-CDB<br><br><br>ORDER MODIFYING REMAINING<br>PRETRIAL DEADLINES |

1

On August 7, 2026, the parties filed a stipulation and proposed order to modify "the trial and related dates" in this action.  Doc. 45.  The Court entered the parties' proposed order and continued the Jury Trial to November 17, 2026.  Doc. 46.  The Court now issues this order modifying the remaining pretrial deadlines not addressed by the parties' stipulation, based on the current trial date.  It is hereby ordered that the remaining dates are continued as follows:

| Description | Current Date | New Date |
| --- | --- | --- |
| Deadline to exchange exhibits | 05/19/2026 | 10/20/2026 |
| Deadline to email copies of proposed jury instructions/verdict form to courtroom deputy | 05/19/2026 | 10/20/2026 |
| Deadline to file objections to exhibits | 06/02/2026 | 11/3/2026 |
| Deadline to lodge copies of any deposition transcript to be used at trial | 06/02/2026 | 11/3/2026 |
| Deadline to submit final exhibits to the Court | 06/09/2026 | 11/10/2026 |
| Deadline to file joint proposed neutral statement | 06/09/2026 | 11/10/2026 |

IT IS SO ORDERED.

Dated:    April 8, 2026

_____
UNITED STATES DISTRICT JUDGE

2